J. FREDERICK MOTZ

Donlon
— v —
Evolve Bank + Trust

**S. THOMAS ANDERSON**

12-2384    

Donlon
— v —
Evolve Bank and Trust

12-2384