IN UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

PATRICK DONLON
    Plaintiff,

v.

EVOLVE BANK AND TRUST,
    Defendant.

Case No. **2:12-cv-02384**

---

## WAIVER OF THE SERVICE OF SUMMONS

---

To:    Joseph C. Bird
        Mahany & Ertl
        136 S. Pontiac Trail, Suite 2
        Walled Lake, MI  48390
        Attorneys for Plaintiffs

    I have received Plaintiff's request to waive service of a summons in this action along with a copy of the Complaint, the Civil Cover Sheet, and a Notice of a Lawsuit and Request to Waive Service of a Summons.

    The entity I represent agrees to save the expense of serving a summons and complaint in this case.

    I understand that the entity I represent will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the value of the action, but that I waive my objections to the absence of a summons or of service.

    I also understand that the entity I represent must file and serve an answer or a motion under Rule 12 within 60 days from May 23, 2012, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against the entity I represent.

Date:  May 25, 2012

Signature: *[signature]*

Printed Name: Robert L. Crawford
Address:   1715 Aaron Brenner Dr., Ste 800
           Memphis, TN  38120
Email: lcrawford@wyattfirm.com
Telephone:  (901) 537-1000

60175170.1