IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| Patrick Donlon, an individual, | * | |
| | * | |
| -vs- | * | Case No. 2:12-cv-02384-JFM |
| | * | |
| Evolve Bank and Trust, a Tennessee | * | |
| Corporation, Tommy Taylor, an individual | * | |

**ORDER**

This case has been assigned to J. Frederick Motz. Judge Motz is a District Judge in the District of Maryland, sitting by designation in the Western District of Tennessee because of a judicial vacancy in the Western District of Tennessee.

Judge Motz does not have Individual Rules of Practice.

If a motion to dismiss is filed in this action, Judge Motz will decide whether a hearing should be held. If so, the hearing will be by teleconference or videoconference. Judge Motz will be in contact with counsel to arrange the teleconference or videoconference.

When answer(s) have been filed, Judge Motz will issue a tentative scheduling order (using the form he ordinarily uses) and schedule a telephone conference with counsel to discuss the tentative order.

If you have any questions, you should contact Judge Motz's chambers at 410-962-0782.

Courtesy copies of all papers filed in excess of 50 pages should be sent to Judge Motz's chambers at the following address: U.S. District Court, Suite 510, 101 West Lombard Street, Baltimore, MD 21201.

                                        /s/  J. Frederick Motz
                                        J. Frederick Motz
                                        United States District Judge